# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPIN-IONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 5,078.—STATE EX REL. IDA MAY BEDFORD, RELATRIX, *v.* FERGUS COUNTY HIGH SCHOOL ET AL., RE-SPONDENTS.

Original application for Writ of Mandate to compel the re-enrollment of relatrix as a student of the Fergus County High School.

Decided April 10, 1922.

PER CURIAM.—The application of relatrix for a writ of mandate directed to the Fergus County High School, is, after due consideration, denied.